John JOHNSON, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34339.

Missouri Court of Appeals,
Western District.

Sept. 27, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

Application to Transfer Denied Dec. 20, 1983.

Michael W. Walker, Kansas City, for appellant.

John Ashcroft, Atty. Gen., and William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and NUGENT and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial of relief sought from convictions for burglary, § 569.170, and stealing, § 570.030, pursuant to Rule 27.26.

Affirmed. Rule 84.16(b).